

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
alease@karpf.-law.com

March 31, 2016

<u>**VIA ECF & FACSIMILE (215.580.2143)**</u>

The Honorable Robert F. Kelly
United States District Court, EDPA
601 Market Street, Room 11613
Philadelphia, PA 19106

      Re:    *Danielle Witherspoon v. Brown's Super Stores, Inc. d/b/a Shop Rite*
              Case No.: 15-5327

Dear Judge Kelly:

      Please accept this letter on behalf of both Parties that an Order pursuant to Local Rule 41.1(b) can be issued.

      Please let me know if the Court requires any additional information.

      Thank you.

      Respectfully submitted,

      **KARPF, KARPF & CERUTTI, P.C.**

      */s/   Adam C. Lease*
      Adam C. Lease, Esq.

cc: Michael Miller, Esq. (via ECF only)