IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE WITHERSPOON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BROWN'S SUPER STORES, INC. | : | |
| | : | NO.15-5327 |

O R D E R

**AND NOW, TO WIT:** This 1st day of April, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** Mark A. Rafferty
          Mark A. Rafferty
          Deputy Clerk

E-mailed/faxed to:
Adam C. Lease, Esq.
Ari Risson Karpf, Esq.
Christopher A. Tinari, Esq.
Michael Ronald Miller, Esq.
Bianca N. Iozzia, Esq.

Civ 2 (7/83)
41.1(b)